01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                          )
09                  Plaintiff,             )
                                          )   Case No.  MJ08-71
10           v.                            )
                                          )
11  SIMRANJIT SINGH GILL,                  )   DETENTION ORDER
                                          )
12                  Defendant.             )
    _____ )
13

14  Offenses charged:

15       COUNT 1:    Possession with Intent to Distribute Marijuana, in violation of 21
                     U.S.C. §§ 841(a)(1) and 841(b)(1)(D)
16

17  Date of Detention Hearing: February 20, 2008.

18       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20            FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21       (1)     Defendant is a citizen of India.

22       (2)     Defendant has strong family ties to India and owns property there.

23       (3)     Defendant has no ties in the Western District of Washington or to this community.

24       (4)     Defendant has weak ties to Canada, thereby making supervision by Canadian

25               authorities problematical.

26       (5)     Defendant is considered a risk flight.

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01    (6)    There appear to be no conditions or combination of conditions other than detention
02    that will reasonably assure the defendant's appearance at future Court hearings.

03    IT IS THEREFORE ORDERED:

04    (1)    Defendant shall be detained pending trial and committed to the custody of the
05           Attorney General for confinement in a correctional facility separate, to the extent
06           practicable, from persons awaiting or serving sentences or being held in custody
07           pending appeal;

08    (2)    Defendant shall be afforded reasonable opportunity for private consultation with
09           counsel;

10    (3)    On order of a court of the United States or on request of an attorney for the
11           government, the person in charge of the corrections facility in which defendant is
12           confined shall deliver the defendant to a United States Marshal for the purpose of
13           an appearance in connection with a court proceeding; and

14    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
15           counsel for the defendant, to the United States Marshal, and to the United States
16           Pretrial Services Officer.

17    DATED this 20th day of February, 2008.

18
19                                                  _James P. Donohue_
20                                                  JAMES P. DONOHUE
                                                    United States Magistrate Judge
21
22
23
24
25
26

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2